UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ,<br><br>    Defendant. | No. 2:22-cv-0638 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file a reply to defendant's June 6, 2022 opposition to plaintiff's May 26, 2022 motion for remand. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a reply to defendant's opposition to plaintiff's motion for remand.

Dated: July 25, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
aroc0638.36