UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA, | No. 2:22-cv-0638 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| RALPH M. DIAZ, | |
| Defendant. | |

Plaintiff has requested an extension of time to file a motion for an award of attorney's fees. To the extent plaintiff seeks attorney's fees under provisions of California law, such provisions are not applicable in this court. To the extent plaintiff seeks attorney's fees pursuant to 28 U.S.C. § 1988, pro se litigants are not entitled to an award of attorney's fees under that statute. Kay v. Ehrler, 499 U.S. 432, 435 (1991). Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time to file a motion for an award of attorney's fees (ECF No. 17) is denied.

Dated: March 24, 2023

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
aroc0638.fees