UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA, | No. 2:22-cv-0638 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| RALPH M. DIAZ, | |
| Defendant. | |

Plaintiff, is a California prisoner proceeding with a civil action. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations. Rather, defendant has filed a notice of nonopposition to the findings and recommendations. ECF No. 15.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

1  . . . ."). Having reviewed the file, the court finds the findings and recommendations to be
2  supported by the record and by the proper analysis.
3        Accordingly, IT IS HEREBY ORDERED:
4        1. Plaintiff's motion for remand (ECF No. 5) is granted;
5        2. This action is remanded to the Superior Court of Sacramento County; and
6        3. The Clerk of the Court is directed to close this case.
7  DATED: March 29, 2023.

                                      CHIEF UNITED STATES DISTRICT JUDGE